UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. CLOSSON,

        Plaintiff,

v.

ROY GONZALEZ, et al.,

        Defendant.

CASE NO. 3:17-cv-05205-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' motion for summary judgment (Dkt. 16) is **GRANTED;** plaintiff's motion for summary judgment (Dkt. 13) is **DENIED**; all of plaintiff's claims are **dismissed with prejudice.**

**DATED** this 19th day of January, 2018.

*/s/ Ronald B. Leighton*

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1